**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　vs.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>FRANK FREEMAN,　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　)| **2:12-cr-00175-KJD-RJJ**<br><br>**ORDER** |

_____IT IS HEREBY ORDERED that the United States Department of Parole and Probation will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant FRANK FREEMAN.

DATED this __2nd__ day of __November__, 2012.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE