UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>FRANK FREEMAN,<br><br>         Defendant. | Case No. 2:12-cr-00175-KJD-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 19, 2022 at the hour of 2:30 p.m., be vacated and continued to January 21, 2022 at the hour of 10:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 14th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE