UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK FREEMAN,<br><br>    Defendant. | Case No. 2:12-cr-00175-KJD-VCF<br><br>**ORDER** |

   Based on the Stipulation of counsel and good cause appearing,

   IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 21, 2022 at the hour of 10:00 a.m., be vacated and continued to February 18, 2022 at the hour of 11:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

   DATED this 20 day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3