# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00175-KJD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| FRANK FREEMAN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for Tuesday, March 8, 2022 at 10:30 a.m., be vacated and continued to April 12, 2022 at the hour of 12:00 p.m.

DATED this 23rd day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE

3